# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO                                                                          REBECCA BEACH SMITH
CLERK OF COURT                                                                            CHIEF JUDGE

July 2, 2013

Susan M. Rotkis, Esquire
Leonard A. Bennett, Esquire
Consumer Litigation Associates
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, Virginia   23601

      Re:    **Christine Costello, et al. v. Xcelerated Investments, Inc.**
               **Civil Action No. 3:13CV00268-HEH**

Dear Ms. Rotkis and Mr. Bennett:

      The above-noted case is currently pending before United States District Judge Henry E. Hudson.  Court records indicate that service was made upon the defendant in this matter, Xcelerated Investments, Inc.  No answer or other responsive pleadings have been filed.

      It is requested that appropriate steps be taken to proceed with this case on Judge Hudson's docket.

      Thank you for your cooperation.

                                    Very truly yours,

                                    FERNANDO GALINDO, CLERK

                                    By:  _____/s/_____
                                        R.W. Pizzini, Deputy Clerk